8,531-24

MR. CLIFTON JERRY FRANCIS · #1965122   FOOTNOTE/
BYRD UNIT   F21-15B
21 FM 247
HUNTSVILLE, TEXAS 77320


ATTN: (MR) ABEL ACOSTA · CLERK OF THE COURT
OFFICE OF THE CLERK
COURT OF CRIMINAL APPEALS · STATE OF TEXAS
PO BOX 12308
AUSTIN, TEXAS 78711


RE: EX PARTE CLIFTON JERRY LANDRY
CAUSE NO. 507035·J
262nd. DISTRICT COURT · HARRIS COUNTY, TEXAS
CCA WRIT NO. _____
"CHANGE OF (MAILING) ADDRESS NOTICE"


(MR) ACOSTA:
PLEASE NOTE IN THE CASE/WRIT FILE OF THE ABOVE LITIGATION,
THE "CHANGE OF (MAILING) ADDRESS NOTICE", AND AS FOLLOWS:

MR. CLIFTON JERRY FRANCIS · #1965122
BYRD UNIT   F21-15B
21 FM 247
HUNTSVILLE, TEXAS 77320

ALL FUTURE CORRESPONDENCE SHOULD BE NOTE/ADDRESS AS STATED ABOVE!
DONE AND EXECUTED, ON THIS THE 22nd. DAY OF DECEMBER,
20 14 .

RECEIVED IN
COURT OF CRIMINAL APPEALS

_____
CLIFTON JERRY FRANCIS

JAN 05 2015

1cc/CJF
CC: FILE

Abel Acosta, Clerk


FOOTNOTE/
THE HABEAS WRIT BEFORE THE COURT IS UNDER "AKA" LANDRY,
TO THE CONTRARY, I AM INCARCERATED UNDER "BIRTH NAME" FRANCIS,
"ALL" CORRESPONDENCE SHOULD BE ADDRESSED AS NOTED ABOVE!